## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PARK 80 HOTELS LLC, a Louisiana limited liability company, PL HOTELS, LLC, a Louisiana limited liability company, individually, and on behalf of a class of similarly situated individuals and entities, | * * * * * * * | NO. 2:21-CV-974 |
| | * | JUDGE MARTIN L.C. FELDMAN |
| Plaintiffs, | * * | |
| VERSUS | * * | MAG. DANA DOUGLASS |
| | * * | |
| HOLIDAY HOSPITALITY FRANCHISING, LLC, SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP and IHG OWNERS ASSOCIATION, INC., | * * * * * * * | |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * *

### DEFENDANTS' MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Defendants, Holiday Hospitality Franchising, LLC ("HHF") and Six Continents Hotels, Inc. d/b/a Intercontinental Hotels Group ("IHG") (collectively, "Defendants") and file their Motion to Dismiss.  Plaintiffs' Complaint fails to allege a proper basis for venue in the Eastern District of Louisiana.  Further, Plaintiffs' Complaint fails to allege sufficient facts to state a cause of action upon which relief can be granted against Defendants.  Accordingly, for these reasons, and the other reasons more fully set forth in the accompanying memorandum in support, Plaintiffs' claims should be dismissed.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant their Motion to Dismiss and dismiss all claims that have been brought against them by

Plaintiffs in this action.  Defendants further pray for all general and equitable relief to which they

are entitled under the premises.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY:    */s/ Matthew A. Woolf*
         MATTHEW A. WOOLF (#27146)
         KRISTEN L. HAYES (#36490)
         201 St. Charles Avenue, Suite 3600
         New Orleans, Louisiana  70170
         Telephone:  (504) 566-5200
         Facsimile:  (504) 636-4000
         Email: mwoolf@bakerdonelson.com
         Email: klhayes@bakerdonelson.com

         KATHERINE I. FUNK (*pro hac vice to be filed)*
          District of Columbia Bar No. 448587
         901 K Street NW, Suite 900
         Washington, DC 20001
         Telephone: (202) 508-3492
         Email: kfunk@bakerdonelson.com

    -AND-

         **PARKER, HUDSON, RAINER & DOBBS, LLP**
         Ronald T. Coleman, Jr. (*pro hac vice to be filed*)
          Georgia Bar No. 177655
         Jared C. Miller (*pro hac vice to be filed*)
          Georgia Bar No. 142219
         Anne Horn Baroody (*pro hac vice to be filed*)
          Georgia Bar No. 475569
         303 Peachtree Street, NE, Suite 3600
         Atlanta, Georgia 30308
         Telephone: (404) 523-5300
         Email: rtc@phrd.com
         Email: jcm@phrd.com
         Email: abar@phrd.com

         **ATTORNEYS FOR DEFENDANTS, HOLIDAY
         HOSPITALITY FRANCHISING, LLC, and SIX
         CONTINENTS HOTELS, INC.**