**LAEDdb_InterDistrictTransfer_LAED**

| | |
|---|---|
| **From:** | ganddb_efile_notice@gand.uscourts.gov |
| **Sent:** | Wednesday, November 10, 2021 8:20 AM |
| **To:** | LAEDdb_InterDistrictTransfer_LAED |
| **Subject:** | Transferred case has been opened |

CASE: 2:21-cv-00974

DETAILS: Case transferred from Louisiana Eastern has been opened in Northern District of Georgia as case 1:21-cv-04650, filed 11/10/2021.